SUPPRESSED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>AVERY SMARTT,<br><br>    Defendant. | CRIMINAL NO. 18-30138-MJR<br><br>Title 18,<br>United States Code,<br>Sections 2251(a) and (e) and 2253 |

FILED
AUG 2 2 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

### INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

**PRODUCTION OF CHILD PORNOGRAPHY**

On or about January 29, 2017,

**AVERY SMARTT,**

defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor female to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and attempted to do so, that being a digital photograph depicting the lascivious display of her genitals, such visual depiction having been transported from outside the State of Illinois in to the State of Illinois, specifically the Southern District of Illinois, all in violation of Title 18, United States Code, Section 2251(a) and (e).

**FORFEITURE ALLEGATION**

Upon conviction for the offenses charged defendant, **AVERY SMARTT**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all material

that contained any images of child pornography and any and all property used and intended to be used in any manner or part to commit and to promote the commission of the aforementioned offenses.

The property that is subject to forfeiture referred to above includes, but is not limited to, the following items all seized from the presence of Avery Smartt:

1) A white, HTC branded mobile phone, Serial Number HT6BT0001509;
2) A black, "Blu" branded mobile device, Studio model, with no visible Serial Number; and
3) A white, Samsung branded mobile device, Model SM-T237P.

**A TRUE BILL**

_____
LAURA REPPERT
Assistant United States Attorney

_____
STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: Detention

2