IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 18-CR-30138-NJR |
| | ) | |
| AVERY SMARTT, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO SEAL *PRO SE* FILINGS

The United States of America through its attorneys, Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Laura V. Reppert and Christopher Hoell, Assistant United States Attorneys, state as follows:

1. On today's date, August 5, 2020, a letter from Defendant to the Court was docketed. Doc. 65. The letter contains the full name of the victim in this case.

2. Another letter from Defendant to the Court docketed on June 2, 2020, contains the victim's first name. Doc. 59. An attachment to that letter also contains the victim's first name. Doc. 59-1.

3. 18 U.S.C. § 3771(a) enumerates crime victims' rights. Subsection (a)(8) provides that a victim has "[t]he right to be treated with fairness and with respect for the victim's dignity and privacy."

4. In accordance with the right for the victim to be treated with respect for her privacy, and considering the nature of the charge, the United States requests that Documents 59, 59-1, and 65 be sealed as they include her name.

        Respectfully submitted,

        STEVEN D. WEINHOEFT
        United States Attorney

        *s/Laura V. Reppert*
        LAURA V. REPPERT
        Nine Executive Drive
        Fairview Heights, IL  62208
        Phone:  (618) 628-3700
        Fax: (618) 628-3730
        E-mail:   Laura.Reppert@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 18-CR-30138-NJR |
| | ) | |
| AVERY SMARTT, | ) | |
| | ) | |
| Defendant. | ) | |

## Certificate of Service

I hereby certify that on August 5, 2020, I caused to be electronically filed Motion to Seal *Pro Se* Filings with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to all registered parties.

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney

*s/Laura V. Reppert*
LAURA V. REPPERT
Nine Executive Drive
Fairview Heights, IL  62208
Phone:  (618) 628-3700
Fax: (618) 628-3730
E-mail:   Laura.Reppert@usdoj.gov