**FILED**

AUG 2 0 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 18 –CR– 30138 –NJR |
| | ) | |
| Plaintiff, | ) | |
| | ) | Title 18, |
| vs. | ) | United States Code, |
| | ) | Sections 1512, 2251(a) and (e), and 2253 |
| AVERY SMARTT, | ) | |
| | ) | |
| Defendant. | ) | |

## SUPERSEDING INDICTMENT

### THE GRAND JURY CHARGES:

### COUNT 1

#### PRODUCTION OF CHILD PORNOGRAPHY

On or about January 29, 2017,

#### AVERY SMARTT,

defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor

female to engage in sexually explicit conduct for the purpose of producing a visual depiction of

such conduct and attempted to do so, that being a digital photograph depicting the lascivious

display of her genitals, such visual depiction having been transported from outside the State of

Illinois in to the State of Illinois, specifically the Southern District of Illinois, all in violation of

Title 18, United States Code, Section 2251(a) and (e).

### COUNT 2

#### ATTEMPTED TAMPERING WITH A VICTIM

From between April 23, 2020 through May 17, 2020, in Clinton County, Illinois, within

the Southern District of Illinois,

**AVERY SMARTT,**

defendant herein, did knowingly attempt to corruptly persuade another person with intent to

influence the testimony of any person in an official proceeding, specifically, AVERY SMARTT

attempted to mail letters to intermediaries requesting that they contact the victim, S.S., and tell

her to write a letter to the district court denying or refuting statements she made in a Child

Advocacy Center interview, all in violation of Title 18, United States Code, Section 1512(b)(1).

### FORFEITURE ALLEGATION

Upon conviction for the offenses charged defendant, **AVERY SMARTT**, shall forfeit to

the United States, pursuant to Title 18, United States Code, Section 2253, any and all material

that contained any images of child pornography and any and all property used and intended to be

used in any manner or part to commit and to promote the commission of the aforementioned

offenses.

The property that is subject to forfeiture referred to above includes, but is not limited to,

the following items all seized from the presence of Avery Smartt:

1) A white, HTC branded mobile phone, Serial Number HT6BT0001509;
2) A black, "Blu" branded mobile device, Studio model, with no visible Serial Number; and
3) A white, Samsung branded mobile device, Model SM-T237P.

**A TRUE BILL**

FOREPERSON

2

*Laura V. Reppert*

LAURA REPPERT
Assistant United States Attorney


STEVEN D. WEINHOEFT
United States Attorney


Recommended Bond:  Detention

3