IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 18-CR-30138-NJR |
| | ) | |
| AVERY SMARTT, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO SEAL *PRO SE* FILING

The United States of America through its attorneys, Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Laura V. Reppert and Christopher Hoell, Assistant United States Attorneys, state as follows:

1. On today's date, September 2, 2020, a pleading entitled "Affirmative Defense" – drafted by Defendant – was docketed. Doc. 73. The pleading repeatedly mentions the victim by her first name.

2. 18 U.S.C. § 3771(a) enumerates crime victims' rights. Subsection (a)(8) provides that a victim has "[t]he right to be treated with fairness and with respect for the victim's dignity and privacy."

3. In accordance with the right for the victim to be treated with respect for her privacy, and considering the nature of the charge, the United States requests that Document 73 be sealed, as it includes her first name. In the alternative, the United States requests that a redacted pleading be filed, removing the victim's first name.

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney

*s/Laura V. Reppert*
LAURA V. REPPERT
Nine Executive Drive
Fairview Heights, IL  62208
Phone:  (618) 628-3700
Fax: (618) 628-3730
E-mail:    Laura.Reppert@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 18-CR-30138-NJR |
| ) | |
| AVERY SMARTT, ) | |
| ) | |
| Defendant. ) | |

### Certificate of Service

I hereby certify that on September 2, 2020, I caused to be electronically filed Motion to Seal *Pro Se* Filings with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to all registered parties.

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney

*s/Laura V. Reppert*
LAURA V. REPPERT
Nine Executive Drive
Fairview Heights, IL  62208
Phone:  (618) 628-3700
Fax: (618) 628-3730
E-mail:   Laura.Reppert@usdoj.gov